JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| Irene Zhang et al, <br><br> Plaintiff, <br><br> v. <br><br> Air China Limited et al, <br><br> Defendants. | Case No. CV 21-1840-VAP (JCx) <br><br> **ORDER OF DISMISSAL** |

The Court, having been advised by a Joint Notice of Settlement [89] that the above-entitled action has settled,

ORDERS that this action be dismissed in its entirety without prejudice and that all pending deadlines and hearing dates be vacated.

Further, the Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated: 9/6/22



_____
VIRGINIA A. PHILLIPS
United States District Judge