UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE ZHANG, individually, et al.<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>AIR CHINA LIMITED, a foreign corporation, et al.<br><br>　　　　　　　Defendants. | Case No. CV 21-01840 VAP(JCx)<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION AND PETITION FOR A NEW GUARDIAN *AD LITEM* AND ORDER CONSISTENT WITH THE JUNE 27, 2023 ORDER [130]** |

Plaintiffs, F.W, and J.W., minors—by and through attorney of record (collectively, "Plaintiffs") have applied, *ex parte*, for the approval of a new guardian *ad litem* for the Plaintiffs and a Court Order conforming to the June 27, 2023 Order [Doc. # 129] for the new guardian *ad litem*, Gao Rong Xiao, to comply with this Court's April 6, 2023 ruling ("Application"). The Court, having considered the Application, the accompanying Memorandum of Points and Authorities, the pertinent filings in this matter, and the applicable law, and good cause appearing, hereby **GRANTS** the Application.

The Court **ORDERS** as follows:

1. The Court having read the Application, and finding good cause, **GRANTS** the removal of Peihua Xie as the current Court-appointed guardian *ad litem* for Plaintiffs (F.W. and J.W.).

2. The Court having read the Application, and finding good cause, **GRANTS** Gao Rong Xiao's application to act as the Court-appointed guardian *ad litem* for Plaintiffs (F.W. and J.W.) henceforth.

3. Further, in accordance with the Court's April 6, 2023 and June 27, 2023 Orders [Doc. ## 126, 129], the Court **ORDERS** as follows:

After the attorneys' fees and costs have been deducted from the gross settlement funds, the total net recovery amount for minor F.W. is $29,000.00 and for minor J.W. is $29,000.00. The amounts will be placed in each minor's respective interest-bearing FDIC-insured accounts.

The amount of $29,000 for each minor will be used by Gao Rong Xiao (the "GAL") to open and fund an interest-bearing FDIC-insured account at Chase Bank, at the branch located at 120 W. Las Tunas Dr., San Gabriel, CA 91776. An account will be opened for F.W. under GAL's name Gao Rong Xiao on behalf of F.W., and a separate account will be opened for J.W. under Gao Rong Xiao on behalf of J.W. The amounts shall remain in the interest-bearing FDIC-insured account at Chase Bank located at 120 W. Las Tunas Dr., San Gabriel, CA 91776 under the GAL's name on behalf of each minor, until withdrawn.

The funds deposited into the F.W. Account and the J.W. Account will be subject to withdrawal from the interest-bearing FDIC-insured account only upon authorization from the Court before the respective minor reaches the age of 18 years, or at the direction of each respective minor after reaching the age of 18. The proposed interest-bearing FDIC- insured bank accounts protect the minors' interests as the settlement will

be released after the minor plaintiffs have reached the age of majority, or only upon the Court's authorization before they reach the age of majority.

**IT IS SO ORDERED.**

DATED: May 16, 2024

_____
DOLLY M. GEE
Chief United States District Judge